UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAULA MOOREHEAD,

    Plaintiff(s),

  v.

MICHAEL CHERTOFF,

    Defendant(s).

NO. C07-1205MJP

ORDER ON MOTION TO REVISE CASE SCHEDULE

The Court, having received and reviewed the Motion to Continue Trial and All Related Deadlines, or Alternatively, Deadline for Completion of CR 39.1(c)(2) Mediation (Dkt. No. 29), makes the following findings:

1. The motion contains insufficient facts to establish good cause for a continuance/revision and/or
2. The motion provides no suitable explanation as to why the existing case schedule deadlines were not met.

Therefore, IT IS HEREBY ORDERED that the request to revise the existing case schedule is DENIED.

The clerk is directed to send copies of this order to all counsel of record.

Dated: November 3, 2008

Marsha J. Pechman
U.S. District Judge

ORD ON MTN TO REVISE- 1