UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAULA R. MOOREHEAD,

    Plaintiff,

v.

MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security, Transportation Security Administration,

    Defendant.

Case No. C07-1205RAJ

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF PAULA R. MOOREHEAD, and on behalf of DEFENDANT MICHAEL CHERTOFF in the amount of $1,697.37 as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. WITNESS COSTS | $619.74 | 0 | $619.74 |

Plaintiff objects to Mr. Landon's travel costs. Cost incurred for one round trip plane ticket will be allowed since Mr. Landon's duty station is Washington D.C.

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| II. DEPOSITION COSTS | $1,077.63 | 0 | $1,077.63 |

Dated this ___14th___ day of JANUARY, 2009.

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2